FILED

# UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING



10:21 am, 5/1/23

**Margaret Botkins**
**Clerk of Court**

**UNITED STATES OF AMERICA,**

           Plaintiff,

v.

**LEO BARNABY II**

           Defendant.

**CRIMINAL COMPLAINT**

Case Number: 23-MJ-32-ABJ

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

On or about April 29, 2023, in the District of Wyoming, the Defendant, **LEO BARNABY II**, did threaten to assault and murder FBI Special Agent Scott Jensen, with intent to impede and intimidate and interfere with Agent Jensen while he was engaged in the performance of official duties, and with the intent to retaliate against Agent Jensen on account of the performance of his official duties.

In violation of 18 U.S.C. § 115(a)(1)(B) & (b)(4).

I further state that I am a Special Agent with the Federal Bureau of Investigation, and that this complaint is based on the following facts: *(See attached Sworn Statement)*

Continued on the attached sheet and made a part hereof.

_____
Signature of Complainant
SCOTT JENSEN

Sworn to before me and subscribed in my presence,

April 30, 2023      at      Lander, Wyoming
Date                                                City and State

HON. TERESA M. MCKEE
United States Magistrate Judge
Name & Title of Judicial Officer                  Signature of Judicial Officer

## SWORN STATEMENT IN SUPPORT OF CRIMINAL COMPLAINT
## SPECIAL AGENT SCOTT JENSEN
## U.S. v. LEO BARNABY II

I, Scott Jensen, being duly sworn, state as follows:

1. I am a Special Agent (SA) of the Federal Bureau of Investigation (FBI) and have been so employed since October 2005. I have been assigned to the FBI office in Lander, Wyoming since April 2015, where my primary area of responsibility has been investigating violent felony offenses on the Wind River Indian Reservation (WRIR), an area of special federal jurisdiction.

2. The information contained within this sworn statement is based upon interviews conducted by me and other officers and investigators; my personal knowledge and observations; my training and experience; and the review of reports, documents, and records.

3. Because this sworn statement is being submitted for the limited purpose of establishing probable cause to show that the Defendant, LEO BARNABY II, committed a violation of federal law, Threatening a Federal Law Enforcement Officer, in violation of Title 18 U.S.C. § 115(a)(1)(B) & (b)(4), I have not included each and every fact known concerning this investigation, but have set forth only the facts I believe are necessary for this limited purpose.

4. On April 29, 2023, I was contacted regarding a report of two (2) people who had sustained gunshot wounds. The gunshot victims were identified as Leo Barnaby II (BARNABY) and K.T. BARNABY and K.T. were transported to the SageWest Emergency Room in Lander and I responded to that location.

I learned that K.T. sustained multiple gunshot wounds to the back, and at least one bullet was thought to be lodged in K.T.'s abdomen. K.T.'s injuries demanded higher level care and K.T. was transported via air ambulance to Wyoming Medical Center in Casper, Wyoming to be treated by a vascular surgeon.

1

I learned that BARNABY presented with several wounds to his back right-shoulder. BARNABY's wounds initially looked like they could have come from bird shot, but upon closer examination the ER physician felt the wounds were bullet fragments.

I interviewed BARNABY at around 5:47AM on April, 29, 2023, while he was in the hospital. I identified myself as a special agent of the Federal Bureau of Investigation. BARNABY was cooperative and willing to be interviewed. During the course of the interview, BARNABY told me that earlier that morning he and K.T. were in his Chevy Silverado driving on South Fork Road in Fort Washakie, Wyoming. BARNABY stated that just after the turn - where North Fork Road splits from South Fork Road - they saw several guys standing around a small bonfire outside of a residence. [Information received from BIA law enforcement placed the bonfire at 9 South Fork Road.] As BARNABY drove past the bonfire, he stated the guys all started shooting at his truck. BARNABY advised he drove down the road until his truck quit working and then made his way on foot to his house. He was subsequently transported by Emergency Medical Services (EMS) to the hospital. While at the hospital, BARNABY consented to pictures being taken of him, the collection of swabs from his fingers, the collection of a DNA sample, and he also consented to the search of his vehicle. At the conclusion of the interview, I gave BARNABY my business card. BARNABY was released from the hospital shortly after my interview with him concluded.

5.  Around 5:00AM on April 29, 2023, the Wind River Police Department received a call about shots having been fired near 9 South Fork Road, Fort Washakie, Wyoming. BIA Officers contacted K.G. who lives at 9 South Fork Road. K.G. told responding officers that early in the morning on April 29, 2023 he and several others were hanging out around an outdoor fire on his property when a grey Silverado pickup pulled into his drive, and then pulled out again. K.G. advised

that as the pickup drove down South Fork Road, someone in the pickup started shooting at them. In response, K.G. returned fire with his AR-15. K.G. provided this firearm to the responding officers.

6. On April 29, 2023 at approximately 7:15AM, FBI SA A. Knudson and I went to South Fork Road intending to examine the scene where the shooting occurred. Not confident about which house the shooting occurred at, we went to BARNABY's house at 122 South Fork Road to gain clarification. Shortly after we pulled into BARNABY's driveway, BARNABY arrived home in a vehicle driven by L.P. BARNABY was in the front passenger seat, and I walked up to him to inquire about the location of the shooting. At first BARNABY wanted to drive back to the location to show me where things had happened, but I told him I did not want him going back to that house. BARNABY quickly became very agitated and then angry that I did not know where the house was. BARNABY told me that he had guns in his house, and he was going to use them. BARNABY threatened me, stating he was going to do to me what was done to Redstar. [I know that Derek Redstar Pappan was recently murdered by being shot in the back of his head at close range.] BARNABY threatened that he was going to put a gun to the back of my head and kill me. He also threatened to use the rifle in his house to shoot me and the people down the street that shot his truck. BARNABY repeated variations of these threats several times. BARNABY also called SA Knudson a whore and threatened that he would take care of her. I told him that these types of threats were a crime and that he could face real consequences for making them, but he was undeterred and continued making threats to me. I stepped back and away from the car window attempting to defuse the situation. BARNABY continued to make threats to me while SA Knudson and I walked to our vehicle.

7. On April 29, 2023 I interviewed L.P. L.P. stated he knows BARNABY to live at 122 South Fork Road, Fort Washakie, Wyoming - the same residence where BARNABY was dropped off earlier in the day by L.P. L.P knows BARNABY to have several rifles in his home that

BARNABY uses for hunting. L.P. was not sure if BARNABY had any handguns. L.P. stated that BARNABY has had an ongoing feud with some boys in the area but had not heard of the feud escalating to shooting until now.

**END OF SWORN STATEMENT**

## PENALTY SUMMARY

| | |
|---|---|
| **DEFENDANT NAME:** | LEO BARNABY II |
| **DATE:** | April 30, 2023 |
| **INTERPRETER NEEDED:** | No |
| **VICTIM(S):** | Yes |
| **OFFENSE/PENALTIES:** | 18 U.S.C. § 115(a)(1)(B) & (b)(4)<br>(Threatening a Federal Law Enforcement Officer)<br><br>0-10 Years Imprisonment<br>Up To $250,000 Fine<br>3 Years Supervised Release<br>$100 Special Assessment |
| **AGENT:** | Scott Jensen, FBI |
| **AUSA:** | Timothy W. Gist, Assistant United States Attorney |
| **ESTIMATED TIME OF TRIAL:** | 2 to 5 days |
| **WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:** | Yes |
| **ARE THERE DETAINERS FROM OTHER JURISDICTIONS:** | No |